**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DERRICK FOSTER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTA PEST CONTROL LLC,<br><br>Defendant. | Case No. 5:26-cv-06983-FB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

This matter, coming to be heard on "Defendant's Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to the Complaint" (hereafter, the "Motion"), which was filed on November 19, 2026, due notice having been given, the relevant Parties being in agreement, and for good cause shown, **IT IS HEREBY ORDERED** that: (i) the Motion is **GRANTED** for all the reasons stated therein; and (ii) Defendant shall have until **December 24, 2026** to answer, move, or otherwise respond to Plaintiff's Complaint (*see* Dkt. 1).

**SO ORDERED THIS ___ DAY OF ________________, 2026,**

By:________________________________

Hon. Fred Biery
United States District Judge